

FILED

2022 Apr-04  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
2/22/2022 8:56 PM
68-CV-2022-900093.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case<br>68<br><br>Date of Filing:<br>02/22/2022 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### PENNY MATHIS v. RELIANCE VILLA, LLC ET AL

**First Plaintiff:** ☐ Business   ☑ Individual   **First Defendant:** ☑ Business   ☐ Individual
☐ Government   ☐ Other   ☐ Government   ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
BEL077   2/22/2022 8:56:19 PM   /s/ MICHAEL TERRELL BELL
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO   ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☐ NO



# Notice of Service of Process

**KSB / ALL**
**Transmittal Number: 24583173**
**Date Processed: 03/09/2022**

| | |
|---|---|
| **Primary Contact:** | Yaakov Beyman<br>Empire Reliance Group<br>300 Boulevard of Americas<br>Ste 105<br>Lakewood, NJ 08701-4637 |
| **Electronic copy provided to:** | Isaac Beyman |

| | |
|---|---|
| **Entity:** | Reliance Villa, LLC<br>Entity ID Number  3764735 |
| **Entity Served:** | Reliance Villa, LLC |
| **Title of Action:** | Penny Maths vs. Reliance Villa, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Jefferson County Circuit Court   , AL |
| **Case/Reference No:** | 68-CV-2022-900093.00 |
| **Jurisdiction Served:** | Alabama |
| **Date Served on CSC:** | 03/07/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Mike Bell Accident & Injury Lawyers, LLC<br>205-994-8555 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>68-CV-2022-900093.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## PENNY MATHIS V. RELIANCE VILLA, LLC ET AL

**NOTICE TO:** RELIANCE VILLA, LLC, C/O CORPORATE SERVICE CO. 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MICHAEL TERRELL BELL                                                                                              ,

[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: 222 20TH STREET NORTH, SUITE 400, BIRMINGHAM, AL 35203                    .

[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PENNY MATHIS
pursuant to the Alabama Rules of the Civil Procedure.                                  [Name(s)]

| 02/22/2022 | /s/ KAREN DUNN BURKS | By: |
|---|---|---|
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.        /s/ MICHAEL TERRELL BELL
(Plaintiff's/Attorney's Signature)

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
(Name of Person Served)          (Name of County)

Alabama on _____ .
(Date)

_____        _____        (Address of Server)
(Type of Process Server)        (Server's Signature)            _____

_____        _____
(Server's Printed Name)        (Phone Number of Server)

### 68-CV-2022-900093.00
PENNY MATHIS V. RELIANCE VILLA, LLC ET AL

| C001 - PENNY MATHIS | v. | D001 - RELIANCE VILLA, LLC |
|---|---|---|
| (Plaintiff) | | (Defendant) |



# SERVICE RETURN COPY

ELECTRONICALLY FILED
2/22/2022 8:56 PM
68-CV-2022-900093.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>68<br><br>Date of Filing:<br>02/22/2022 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### PENNY MATHIS v. RELIANCE VILLA, LLC ET AL

**First Plaintiff:**  ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:**  ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES  ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

BEL077    2/22/2022 8:56:19 PM    /s/ MICHAEL TERRELL BELL
_____    Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES  ☐ NO

ELECTRONICALLY FILED
2/22/2022 8:56 PM
68-CV-2022-900093.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
KAREN DUNN BURKS, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## (BESSEMER DIVISION)

| | | |
|---|---|---|
| **PENNY MATHIS, an individual** | ) | ***JURY TRIAL DEMANDED*** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.:**_____ |
| | ) | |
| **RELIANCE VILLA, LLC,** | ) | |
| **a corporation; EFFICIENT PROPERTY** | ) | |
| **MANAGEMENT, LLC, a corporation;** | ) | |
| | ) | |

and FICTITIOUS DEFENDANTS: No. 1, whether singular or plural, any entity which had the duty to maintain the safe condition of the flooring at the property/business in question; No. 2, any entity which had a duty to warn and failed to warn, had a duty to issue and failed to issue or issued inadequate warning or instructions, regarding the hazardous condition to Plaintiff at the property/business in question, No. 3, any entity which had a duty to inspect the are in question for hazards, hidden defects or dangerous conditions at the property/business in question; No. 4, any entity which placed, allowed or caused the hazard condition in question to manifest at the property/business in question; No. 5, whether any entity which provided general liability or premises liability or medical payment coverage to the property/business in question; No. 6, any entity which conducted safety inspections or analyses or provided consulting services pertaining to the area in question at the property/business in question; No. 7, any entity which had a duty to insure or ensure the safety and security of Plaintiff, while at the premises involved in the occurrence made the basis of this suit; No. 8, any entity which was involved to any degree in providing safety and security to Plaintiff in connection with the occurrence made the basis of Plaintiff's complaint; No. 9, any entity which controlled and/or had a duty to control the premises involved in the occurrence made the basis of this lawsuit at the time of or at any time before said occurrence which caused injury and damage to Plaintiff; No. 10, any entity which controlled or had the right to control the access or ingress and/or egress to the premises involved in the occurrence made the basis of this lawsuit at the time of said occurrence; No. 11, any entity other than those entities described above whose negligence, wantonness, willfulness, or other wrongful conduct caused or contributed to cause the occurrence made the basis of this lawsuit; No. 12, any entity which reinsured or provided excess coverage for said premises; No. 13, any entity which is the successor in interest of any of those entities described herein; No. 14, being that person, firm, partnership or corporation who contracted with any named defendant to provide training or supervision of its employees in the proper maintenance of its premises as alleged herein; No. 15, being that person, firm, partnership or corporation who owned or operated the premises causing the injuries to Plaintiff as alleged in the complaint; No. 16, being that person, firm, partnership or corporation who contracted to any named defendant to provide training or supervision to its employees in the proper maintenance of its premises as alleged herein; No. 17, being the person, firm, partnership or corporation who is a successor or predecessor in interest to any named or fictitiously identified defendant; No. 18, being the person, firm, partnership or corporation charged with the overall hiring, training and supervision of the employees or contractors who or which were charged with the duty or contracted to assume said duty of cleaning, inspecting, maintaining, and operating the section or department of the premises in question and at issue in this lawsuit and whose breach of duty caused or contributed to cause the injuries and damages to Plaintiff, as alleged in this lawsuit; Plaintiff avers that the identities of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, or if their names are known to Plaintiff at this time, their identities as proper party Defendants are not known to Plaintiff at this time, but their true names will be substituted when ascertained,

| | |
|---|---|
| **Defendants.** | ) |

## PLAINTIFF'S COMPLAINT

### PARTIES

1.      Plaintiff, PENNY MATHIS (hereinafter referred to as "Plaintiff"), is an individual over the age of nineteen (19) years and is a resident of Bradford County, Florida.

2.      Defendant, RELIANCE VILLA, LLC, is a foreign corporation with its principal place of business in New York, who at all times relevant to this action, owned, operated and controlled the Villa Glen Apartment Complex located at 900 Division Street, Bessemer, Alabama 35020.

3.      Defendant, EFFICIENT PROPERTY MANAGEMENT, LLC, is a foreign Delaware corporation with its principal place of business in New Jersey, who at all times relevant to this action, owned, operated and controlled the Villa Glen Apartment Complex located at 900 Division Street, Bessemer, Alabama 35020 in conjunction and tandem with the above-mentioned Defendant corporation Reliance Villa, LLC and is licensed to conduct business in Alabama.

4.      Fictitious Defendants, described above as numbers one (1) through eighteen (18), are those persons or entities whose names will be substituted upon learning their true identities.

### FACTUAL BACKGROUND

5.      On or about the 22nd day of February 2020, Plaintiff was an invitee of Defendants' premises, Villa Glen Apartments situated at 900 Division Street, Bessemer, Alabama 35020, when Plaintiff suffered a fall resulting from the negligent/wanton actions of employee(s) of the defendant on defendants' premises.

6.      Defendants controlled, owned, and maintained the said premises.

7.      Defendants negligently, recklessly, and/or wantonly caused or allowed Plaintiff to fall and suffer injuries and damages to Plaintiff's person by failing to keep and maintain its

- 2 -

premises free and clear of potentially hazardous conditions of which they were aware or should have been aware of through their inspection of the premises for said hazardous conditions. Defendants had actual or constructive notice and/or were delinquent in not discovering and removing the hazardous condition, and were negligent and/or wanton in allowing or affirmatively creating a hazard by allowing the hazardous condition to remain on the premises which was in the path of invitees of the Defendant; further, the Defendant was negligent and/or wanton in creating a hazardous condition in the path of invitees and did not provide adequate warning to Plaintiff.

8.     As a proximate and direct result of Defendants' wrongful conduct as specifically set forth hereinafter, Plaintiff has been injured and damaged as follows:

    a.   Plaintiff suffered severe injuries to her person;

    b.   Plaintiff was caused and will be caused in the future to undergo medical treatment in and about an effort to cure and treat said injuries;

    c.   Plaintiff has incurred and will incur in the future, medical expenses in treatment of said injuries; Plaintiff was temporarily and potentially permanently unable to pursue usual and normal activities;

    d.   Plaintiff has been caused and will be caused to endure great pain and suffering;

    e.   Plaintiff has been caused and will be caused to suffer permanent injury that caused and will cause residual problems;

    f.   Plaintiff has been caused to be permanently injured;

    g.   Plaintiff has been caused to suffer mental anguish;

    h.   Plaintiff was caused to suffer both past and future lost wages, loss of income, loss of earning capacity and lost employment benefits.

    i.   Plaintiff has caused to suffer aggravation and or exacerbation to then existing

conditions that he either did or did not know of at the time; and

j.   All other damages to which Plaintiff may be entitled.

## COUNT I - NEGLIGENCE

9.   Plaintiff hereby re-alleges and re-avers all of the allegations contained in the preceding paragraphs of this Complaint the same as if here again set out in both letter and number.

10.   As described in the Factual Background above, on the date in question Plaintiff was an invitee at Defendant's premises, Plaintiff suffered severe injuries resulting from a defective and/or dangerous condition at the premises.

11.   Defendants, and one or more of the fictitious party defendants listed and described hereinabove, negligently, recklessly and/or wantonly caused or allowed Plaintiff to fall upon the stairway and/or walkway on their premises and failed to keep and maintain its premises to be free and clear of potentially hazardous conditions. Defendants, and one or more of the fictitious party defendants listed and described hereinabove, had actual or constructive notice and/or were delinquent in not discovering and removing the hazardous condition, and were negligent and/or wanton in affirmatively creating a hazard or not warning their patrons of said hazardous condition that was situated in a dangerous area and/or location inasmuch as it was located in an area that was regularly traveled by patrons or invitees. Further, Defendants, whether named herein or fictitiously described hereinabove, werenegligent in failing to warn Plaintiff of this dangerous condition that existed on their premises andwas a hazard to their invitees.

12.   As a proximate and direct result of Defendants' wrongful conduct as specifically set forth hereinafter, Plaintiff has been injured and damaged as stated in paragraph number eight (8) above.

WHEREFORE, premises considered, Plaintiff respectfully demands judgment against Defendants, jointly and severally, for general and compensatory as well as special and punitive

damages, in an amount, including interest and the costs of this action, which Plaintiff seeks to recover, to be assessed by the trier of fact for all claims under this lawsuit.

<u>**COUNT II – RECKLESSNESS AND WANTONNESS**</u>

13.     Plaintiff hereby re-alleges and re-avers all of the allegations contained in the preceding paragraphs of this Complaint the same as if here again set out in both letter and number.

14.     Defendants, and one or more of the fictitious party defendants listed and described hereinabove, negligently, recklessly and/or wantonly caused or allowed Plaintiff to fall upon the stairway and/or walkway at their premises and failed to keep and maintain its premises in a manner to be free and clear of potentially hazardous conditions and to warn its invitees of the aforementioned conditions.  Defendants had actual or constructive notice and/or were delinquent in not discovering and removing the hazardous condition, and/or were negligent and/or wanton in creating a hazard of a dangerous condition on the premises in the path of invitees, and were negligent and/or wanton in affirmatively creating a hazard of allowing hazardous and dangerous conditions to be allowed to remain on a route regularly used by its invitees in a location that would likely lead to harm to its invitees due to the location of the hazard.

15.     Defendants recklessly and/or wantonly caused or allowed the hazard at issue in this lawsuit to remain in a regularly used area of travel in a location that was dangerous and likely to cause injury to his invitees and did cause injury to Plaintiff.

17.     As a proximate and direct result of Defendants' wrongful conduct as specifically set forth above, Plaintiff has been injured and damaged as stated in paragraph number eight (8) above.

WHEREFORE, premises considered, Plaintiff respectfully demands judgment against Defendants, jointly and severally, for general and compensatory as well as special and punitive damages, in an amount, including interest and the costs of this action, which Plaintiff seeks to

recover, to be assessed by the trier of fact for all claims under this lawsuit.

## COUNT III – PREMISES LIABILITY

18.     Plaintiff hereby re-alleges and re-avers each of the allegations contained in the preceding paragraphs of this Complaint the same as if here again set out in both letter and number.

19.     Defendants, and/or one or more of the fictitious party defendants listed and described hereinabove, negligently, recklessly and/or wantonly caused or allowed dangerous hazards and/or conditions to be placed or to remain upon the premises in an area that was used by its invitees to move around at the Defendant's premises.

20.     At the aforesaid time and place, Defendants were the owners or lessees of the property and as such had a duty and responsibility to provide Plaintiff a safe place to use the premises. Further, if any defects in their owned or leased premises existed, Defendants had the duty to warn its invitees of hazards of which it knew or should have known that were not easily discoverable by the invitees. Said Defendants negligently, wantonly, recklessly and/or willfully breached these duties by failing to provide Plaintiff with a safe place to use the premises and by failing to warn her of the hazard and/or defect which she encountered which was known to them or which they negligently failed to detect in their use, operation and maintenance of and upon the premises. Said negligent, wanton, reckless and/or willful conduct was a proximate cause of Plaintiff's injuries and damages.

21.     Defendants, and one or more of the fictitious party defendants listed and described hereinabove, were owners or lessees of the property at issue and, as such, said defendants had the right to and did control the conditions, methods and manner in which the premises was inspected, maintained and configured as to the stairway and/or walkway materials, methods and schedule for inspecting and maintaining said premises; and for establishing patterns and routes for their invitees to ambulate and/or travel around and about the premises therein and

- 6 -

about said premises at the time and place of the occurrence made the basis of Plaintiff' scomplaint and negligently and/or wantonly caused or allowed Plaintiff to be injured as a result ofthe breach of the duties that the aforementioned Defendants owed to Plaintiff in causing or allowing the premises upon which Plaintiff fell to be unreasonably dangerous and/or hazardous due to the dangerous materials and condition being present upon the premises and causing a hazard,either in and of itself or in conjunction with the inspection, maintenance and other procedures usedupon the premises or through the schedule of said maintenance or lack of said scheduled maintenance. Said Defendants negligently, wantonly, recklessly and/or willfully failed to properlycontrol the conditions, methods and manner in which the premises were to be maintained and presented to the invitees for their use in ambulating and/or traveling about the premises and said Defendant's negligent, wanton, reckless and/or willful conduct was a proximate cause of Plaintiff's injuries and damages.

22.      Plaintiff avers that Defendants, whether named herein or fictitiously described in the caption hereinabove, negligently, wantonly, recklessly, purposely, intentionally, willfully or by design caused injury to Plaintiff.  Defendants negligently, wantonly,recklessly and/or willfully caused or allowed the dangerous hazards to remain in a main travel areaand failed to remedy the hazardous situation and/or address the unreasonably dangerous area, and said Defendants had actual knowledge of the hazardous condition or said hazardous condition hadexisted for such an unreasonable length of time so as to create a presumption of knowledge of suchhazardous area on the part of said Defendants.

23.      At the aforesaid time and place, Defendants did negligently,wantonly, and/or willfully cause or negligently, wantonly and/or willfully allow Plaintiff to be injured.

25.      Defendants negligently, wantonly and/or willfullyfailed to warn Plaintiff of the dangers associated with the potentially hazardous area for the purposeof eliminating the possibility

- 7 -

of said Plaintiff being injured, and said negligent, wanton and/or willful conduct was a proximate cause of Plaintiff's injuries as described herein.

26.     Plaintiff alleges that the injuries and damages were caused as a proximate consequence of the negligent, willful and/or wanton conduct and other wrongful conduct of Defendant, and the fictitious party defendants listed and described hereinabove.

27.     The aforesaid wrongful, negligent, willful and/or wanton conduct of each of the above-described Defendants, including the fictitious party defendants, combined and concurred, and as a proximate cause thereof, Plaintiff was caused to be severely injured.

28.     As a proximate and direct result of Defendants' wrongful conduct as specifically set forth hereinafter, Plaintiff has been injured and damaged as stated in paragraph number eight (8) above.

WHEREFORE, premises considered, Plaintiff respectfully demands judgment against Defendants, jointly and severally, for general and compensatory as well as special and punitive damages, in an amount, including interest and the costs of this action, which Plaintiff seeks to recover, to be assessed by the trier of fact for all claims under this lawsuit.

## COUNT IV - RESPONDEAT SUPERIOR AND AGENCY

29.     Plaintiff hereby re-alleges and re-avers all of the allegations contained in the preceding paragraphs of this Complaint the same as if here again set out in both letter and number.

30.     Plaintiff avers and alleges that Fictitious Defendants 1-18 were the agents and/or employees of Reliance Villa, LLC and/or Efficient Property Management, LLC, and consequently, are liable for any negligent and/or wanton acts committed by Fictitious Defendant 1-18 while he or she was acting within the line and scope of their employment.

31.     Fictitious Defendant 1-18 negligently and/or wantonly caused or allowed the Plaintiff to fall on the occasion made the basis of this lawsuit, as aforesaid.

- 8 -

32.     Fictitious Defendant 1-18 was acting within the line and scope of his or her employment on the occasion made the basis of this lawsuit.

33.     As a proximate consequence of the negligence and/or wantonness of Fictitious Defendant 1-18, Defendants Reliance Villa, LLC and/or Efficient Property Management, LLC, and/or other fictitious defendants, are liable to the Plaintiff for the damages set forth above in paragraph eight (8) under the theories of respondeat superior and agency.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff hereby demands judgment against the Defendants, Defendants Reliance Villa, LLC and Efficient Property Management, LLC, and other Fictitious Party Defendants listed and described in the caption hereinabove, for general and compensatory damages that the court may determine, together with interest from the date of the injury plus the costs of this action. Further, Plaintiff requests that the jury selected to hear this case render a verdict for Plaintiff and against each Defendant, and that it award punitive damages to Plaintiff in an amount which will adequately reflect the enormity of the Defendants' wrongful acts and/or omissions and which will effectively prevent other similar wrongful acts/omissions.

Respectfully Submitted,

/s/ Donald E. Blankenship, Jr.
Donald E. Blankenship, Jr. (BLA142)
Michael T. Bell (BEL077)
Attorneys for Plaintiff

**OF COUNSEL:**

MIKE BELL ACCIDENT & INJURY LAWYERS, LLC
222 20th Street North, Suite 400
Birmingham, AL 35203
Phone:          (205) 994-8555
Facsimile:      (205) 379-6708
Email:          dblankenship@mikebellinjurylaw.com

## REQUEST FOR SERVICE BY CERTIFIED MAIL BY CLERK

Pursuant to ARCP 4.1 and 4.2, Plaintiff requests that the **_Clerk_** direct service the foregoing

"Summons and Complaint" by certified mail with "Filed Discovery", addressed as follows:


Reliance Villa, LLC
C/O Corporate Service Company, LLC
641 South Lawrence Street
Montgomery, AL 36104

Efficient Property Management, LLC
300 Blvd of the Americas, Suite 105
Lakewood, NJ 08701


/s/ Donald E. Blankenship, Jr.
OF COUNSEL

- 10 -

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
(BESSEMER DIVISION)

| | | |
|---|---|---|
| PENNY MATHIS, an individual, | ) | **JURY TRIAL IS REQUESTED** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO.: _____ |
| RELIANCE VILLA, LLC, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**JURY DEMAND**

COMES NOW the Plaintiff, by and through his/her undersigned counsel of record, and hereby demands a trial by struck jury.

Respectfully Submitted,

/s/ Donald E. Blankenship, Jr.
Donald E. Blankenship, Jr. (BLA142)
Michael T. Bell (BEL077)
Attorneys for Plaintiff

**OF COUNSEL:**

MIKE BELL ACCIDENT & INJURY LAWYERS, LLC
222 20th Street North, Suite 400
Birmingham, AL 35203
Phone:        (205) 994-8555
Facsimile:    (205) 379-6708
Email:        dblankenship@mikebellinjurylaw.com

- 11 -



**CERTIFIED MAIL**

NEOPOST
02/28/2022
US POSTAGE $007.73⁰



ZIP 35020
041M11452332



**KAREN DUNN BURKS**
CIRCUIT CLERK
P.O. BOX 1310
BESSEMER, ALABAMA 35021-1

7019 1640 0001 2941 5965

RELIANCE VILLA, LLC
C/O CORPORATE SERVICE CO.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

AlaFile E-Notice

68-CV-2022-900093.00

To:  MICHAEL TERRELL BELL
      mbell@mikebellinjurylaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PENNY MATHIS V. RELIANCE VILLA, LLC ET AL
68-CV-2022-900093.00

The following complaint was FILED on 2/22/2022 8:56:22 PM

Notice Date:      2/22/2022 8:56:22 PM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510



AlaFile E-Notice

68-CV-2022-900093.00

To:  RELIANCE VILLA, LLC
     C/O CORPORATE SERVICE CO.
     641 SOUTH LAWRENCE STREET
     MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PENNY MATHIS V. RELIANCE VILLA, LLC ET AL
68-CV-2022-900093.00

The following complaint was FILED on 2/22/2022 8:56:22 PM

Notice Date:     2/22/2022 8:56:22 PM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510



AlaFile E-Notice

68-CV-2022-900093.00

To:  EFFICIENT PROPERTY MANAGEMENT, LLC
300 BLVD OF THE AMERICAS
SUITE 105
LAKEWOOD, NJ, 08701

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PENNY MATHIS V. RELIANCE VILLA, LLC ET AL
68-CV-2022-900093.00

The following complaint was FILED on 2/22/2022 8:56:22 PM

Notice Date:     2/22/2022 8:56:22 PM

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>68-CV-2022-900093.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### PENNY MATHIS V. RELIANCE VILLA, LLC ET AL

**NOTICE TO:** RELIANCE VILLA, LLC, C/O CORPORATE SERVICE CO. 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MICHAEL TERRELL BELL

,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 222 20TH STREET NORTH, SUITE 400, BIRMINGHAM, AL 35203 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PENNY MATHIS
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 02/22/2022 | /s/ KAREN DUNN BURKS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ MICHAEL TERRELL BELL

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____
*(Type of Process Server)*       *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>68-CV-2022-900093.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### PENNY MATHIS V. RELIANCE VILLA, LLC ET AL

**NOTICE TO:** EFFICIENT PROPERTY MANAGEMENT, LLC, 300 BLVD OF THE AMERICAS SUITE 105, LAKEWOOD, NJ 08701

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MICHAEL TERRELL BELL ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 222 20TH STREET NORTH, SUITE 400, BIRMINGHAM, AL 35203 .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PENNY MATHIS

pursuant to the Alabama Rules of the Civil Procedure. *[Name(s)]*

| 02/22/2022 | /s/ KAREN DUNN BURKS | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested. /s/ MICHAEL TERRELL BELL

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in County,

*(Name of Person Served)* *(Name of County)*

Alabama on .

*(Date)*

*(Type of Process Server)* *(Server's Signature)* *(Address of Server)*

*(Server's Printed Name)* *(Phone Number of Server)*



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY
### CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
PENNY MATHIS V. RELIANCE VILLA, LLC ET AL

68-CV-2022-900093.00

To:  CLERK BESSEMER
clerk.bessemer@alacourt.gov

TOTAL POSTAGE PAID: $15.46

Parties to be served by Certified Mail - Return Receipt Requested

RELIANCE VILLA, LLC                                     Postage: $7.73
C/O CORPORATE SERVICE CO.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

EFFICIENT PROPERTY MANAGEMENT, LLC                      Postage: $7.73
300 BLVD OF THE AMERICAS
SUITE 105
LAKEWOOD, NJ 08701

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail





**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Reliance Villa LLC
c/o Corp Service Co
641 So Lawrence St
Montgomery, Al 36104

9590 9402 7147 1251 1254 26

2. Article Number *(Transfer from service label)*

7019 1640 0001 2941 5965

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Kelly Webster*

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
3-7-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

cv 2022-90093
S&C

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 7147 1251 1251 26

United States
Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

OFFICE OF THE CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA
P.O. BOX 1310
BESSEMER, ALABAMA 35021-1310

FILED IN OFFICE

MAR 11 2022

USPS TRACKING #

9590 9402 7147 1251 1255 18

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED IN OFFICE

MAR 18 2022

CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA

OFFICE OF THE CIRCUIT CLERK
BESSEMER DIVISION
JEFFERSON COUNTY, ALABAMA
P. O. BOX 1310
BESSEMER, ALABAMA 35021-1310

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CV22-900093

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Efficient Property
management
300 Blvd of the Americas
Ste 105
Lakewood, NJ 68701

9590 9402 7147 1251 1255 18

2. Article Number (Transfer from service label)

7019 1640 0001 2941 5972

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



**AlaFile E-Notice**

68-CV-2022-900093.00

Judge: ANNETTA H. VERIN

To:  BELL MICHAEL TERRELL
mbell@mikebellinjurylaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PENNY MATHIS V. RELIANCE VILLA, LLC ET AL
68-CV-2022-900093.00

The following matter was served on 3/18/2022

**D002 EFFICIENT PROPERTY MANAGEMENT, LLC**

**Corresponding To**

CERTIFIED MAIL

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510



AlaFile E-Notice

68-CV-2022-900093.00

Judge: ANNETTA H. VERIN

To:  BLANKENSHIP DONALD EDWARD
     dblankenship@mikebellinjurylaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

PENNY MATHIS V. RELIANCE VILLA, LLC ET AL
68-CV-2022-900093.00

The following matter was served on 3/18/2022

**D002 EFFICIENT PROPERTY MANAGEMENT, LLC**

**Corresponding To**

CERTIFIED MAIL

KAREN DUNN BURKS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
1851 2ND AVENUE NORTH
SUITE 130
BESSEMER, AL, 35020

205-497-8510